February 2006                                                                        2006 USBC Central District of California

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re ALFREDO MEDINA<br>and<br>NORA MEDINA                    Debtor(s). | CHAPTER: 13<br>CASE NO.: |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, ALFREDO MEDINA_____, the debtor in this case, declare under penalty
           (Print Name of Debtor)

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☒    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, NORA MEDINA_____, the debtor in this case, declare under penalty of
        (Print Name of Joint Debtor, if any)

perjury under the laws of the United States of America that:

     I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
     (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☒    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date  08-11-2011                              Signature  /s/ ALFREDO MEDINA
                                                         ALFREDO MEDINA


Date  08-11-2011                              Signature  /s/ NORA MEDINA
                                                         NORA MEDINA

**PROFIT AND LOSS STATEMENT - YEAR 2011**
Medina Construction - INDEPENDENT Contractor
**3rd Quarter Of 2011 --- July**

| | |
|---|---|
| NET SALES | $6,100.00 |

| | |
|---|---|
| Less Cost of Goods Sold | 0 |

| | |
|---|---|
| Gross Margin | $6,100.00 |

Operating Expenses

| | |
|---|---|
| Gross Wages | 0.00 |
| Payroll Expenses | 700.00 |
| Desk Fees | 0.00 |
| Supplies, Tools | 0.00 |
| Repairs and Maintenance | 0.00 |
| Advertising | 0.00 |
| Car, Delivery, and Travel | 300.00 |
| Office Supplies | 0.00 |
| Rent - Lease | 0.00 |
| Telephone | 0.00 |
| Utilities | 0.00 |
| Insurance | 0.00 |
| Taxs(Real Estate,etc) | 0.00 |
| Outside Services | 0.00 |
| Interest | 0.00 |
| Miscellaneous * | 100.00 |
| (i.e.Postage,Bank Charges,etc.)* | 0.00 |
| | |
| Total Expenses | $1,100.00 |

| | |
|---|---|
| Operating Profit | $5,000.00 |
| Taxes | TBD |

| | |
|---|---|
| Net Profit | $ 5,000.00 |

Alfredo Medina _____  8/4/2011

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   6:96-bk-19122-MG, CHAPTER 7, FILED 6/4/96, DISCHARGED 09/20/1996, JUDGE MITCHEL GOLDBERG

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at SAN BERNARDINO , California.

Dated 3/23/2011

/s/ ALFREDO MEDINA
Debtor ALFREDO MEDINA

/s/ NORA MEDINA
Joint Debtor NORA MEDINA

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 1015-2.1

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 2 of 3*

| In re | ALFREDO MEDINA and NORA MEDINA | Debtor. | CASE NUMBER: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1894 COMMERCENTER DRIVE WEST STE. 108, SAN BERNARDINO, CA 92408

A true and correct copy of the foregoing document described as STATEMENT OF RELATED CASE _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/19/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 8/19/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 08-19-2011 | Richard Moreno | /S/ RICHARD MORENO |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

January 2009

Statement of Related Cases Information Required by
Local Bankruptcy Rule 1015-2 - *Page 3 of 3*

F 1015-2.1

| In re ALFREDO MEDINA and NORA MEDINA | Debtor. | CASE NUMBER: |
|---|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

See Matrix

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**